1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VEDAS ENGINEER, | Case No. 1:23-cv-00125-EPG-HC |
| Petitioner, | ORDER DENYING PETITIONER'S MOTION TO EXPEDITE |
| v. | (ECF No. 5) |
| WARDEN, FCI MENDOTA, | |
| Respondent. | |

Petitioner Vedas Engineer is a federal prisoner proceeding *pro se* in a habeas corpus action pursuant to 28 U.S.C. § 2241. On February 16, 2023, Petitioner filed the instant motion to expedite proceedings in the instant case on the basis that a policy change by the Bureau of Prisons, if implemented by the Warden, will result in Petitioner's immediate release. (ECF No. 5.)

The Court does not have an expedited calendar. The Court is aware of Petitioner's pending petition and is awaiting Respondent's response to the petition. Petitioner is advised that the Court acts to resolve all pending cases in the most efficient manner possible. Nevertheless, the Court's docket of pending cases is substantial, and the Court must act first on those matters that have been pending the longest.

///

///

1

1        Accordingly, IT IS HEREBY ORDERED that Petitioner's motion to expedite (ECF No.

2   5) is DENIED.

3
4   IT IS SO ORDERED.

5        Dated:    **February 17, 2023**                    /s/ *Eric P. Groji*

6                                                    UNITED STATES MAGISTRATE JUDGE

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28